United States District Court
Southern District of Texas
**ENTERED**
December 07, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONALD ROBERTSON, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-15-1347 |
| HARRIS COUNTY, TEXAS, | § § | |
| Defendant. | § § | |

### FINAL JUDGMENT

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiff Donald Robertson, take nothing on all claims against Defendant Harris County, Texas, and Plaintiff's causes of action are DISMISSED on the merits with prejudice.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 7TH day of December, 2016.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE